## NATIONAL SHEET–METAL ROOFING CO. v. SMEETON.

(Circuit Court of Appeals, Seventh Circuit. February 11, 1893.)

### No. 41.

PATENTS FOR INVENTIONS—NOVELTY—METAL ROOFING PLATES.

The second claim of letters patent No. 256,083, issued April 4, 1882, to John Walter, for "a sheet-metal roofing plate having one of its lateral edges formed with two parallel corrugations to form a gutter, and the other lateral edge formed with a broad corrugation, adapted to make a seam with corrugations and the cap for the gutter of a corresponding plate," is void for want of novelty, since gutters in rigid roofing plates were previously known. 47 Fed. Rep. 307, affirmed.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

In Equity. Suit by the National Sheet-Metal Roofing Company against Henry Smeeton to restrain the alleged infringement of a patent. The bill was dismissed at the hearing. Complainant appeals. Affirmed.

Hill & Dixon, for appellant.
Banning, Banning & Payson, for appellee.

Before GRESHAM and WOODS, Circuit Judges, and BUNN, District Judge.

PER CURIAM. The decree appealed from is affirmed upon the grounds stated in the opinion of the court below, reported in 47 Fed. Rep. 307.

---

## LEIB v. ELECTRIC MERCHANDISE CO. et al.[1]

(Circuit Court of Appeals, Seventh Circuit. February 11, 1893.)

### No. 56.

PATENTS FOR INVENTIONS—NOVELTY—ELECTRIC RAIL—CONNECTOR.

Letters patent No. 434,087, issued August 12, 1890, to Charles Leib, for an electric rail connector consisting of a short metallic wire with each end passing through a bolt or rivet, which is firmly inserted into a hole drilled into the rail, are void for want of novelty over the Gassett & Fisher patent of May, 1880, in which the connecting wire is coiled round the heads of the rivets, instead of passing through them, as well as the Westinghouse patent of July 31, 1883, and the Winter patent of April 14, 1885, in which the ends of the wires are directly inserted in holes in the rails. 48 Fed. Rep. 722, affirmed.

Appeal from the Circuit Court of the United States for the Northern District of Illinois.

Suit by Charles Leib against the Electric Merchandise Company and others for alleged infringement of a patent. The bill was dismissed at the hearing. Complainant appeals. Affirmed.

Banning, Banning & Payson, for appellant.
F. W. Parker, for appellees.

[1] Reported by Louis Boisot, Jr., Esq., of the Chicago bar.